1 | DIANA L. WEISS (SBN 121150)
Attorney At Law
2 | 1563 Solano Avenue Suite 223
Berkeley, CA 94707
3 | dianaweiss@sbcglobal.net
Telephone: (510) 847-1012
4 | Facsimile: (510) 525-1321

5 | Attorney for Defendant
Wei Wei Liang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VENUE

| UNITED STATES OF AMERICA, | ) | Case No: CR09-00573SBA |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| Vs. | ) ) | |
| FANG DING et al | ) ) ) ) | |
| Defendant | ) | |

Plaintiff, by and through its attorney of record, and defendants, by and through their attorney of record, hereby stipulate and ask the Court to find as follows:

1. A status conference in this matter is currently scheduled for 9:00 a.m. on Tuesday December 15, 2009.

2. The parties request that this hearing be continued until 11:00 a.m. on Tuesday January 19, 2010. The parties are presently negotiating a resolution of the case through plea agreements. Specifically, on December 6, 2009, AUSA Andrew Huang provided counsel for all three defendants with draft plea agreements.

3. Counsel for the defendants require additional time to appropriately research,

*USA v. Fang Ding* CR09-00573SBA
Stip and Order Rescheduling Hearing; Excluding Time

1 investigate, and counsel their clients, including counseling on their potential defenses
2 and options in light of the ongoing plea agreement negotiations.  Defense counsel
3 needs additional time to perform necessary additional investigation and preparation.

4     4.   The parties agree the ends of justice served by granting the continuance
5 outweigh the best interests of the public and defendant in a speedy trial.  Therefore, the
6 parties further stipulate and request that the Court exclude time between the date of this
7 Stipulation and January 19, 2010 under the Speedy Trial Act for effective preparation of
8 counsel, continuity of defense counsel, and pursuant to 18 U.S.C. §§ 3161(h)(4) and
9 (7)(B)(iv).

11 IT IS SO STIPULATED

13 Dated: December 10, 2009  /S/
14 DIANA L. WEISS
Attorney for Wei Wei Liang

16 Dated: December 10, 2009  /S/
EDWARD HUNG
Attorney for Bo Shen

18 Dated: December 10, 2009  /S/
19 JULES BONJOUR
Attorney for Fang Ping Ding

20 Dated: December 10, 2009  /S/
ANDREW HUANG
21 Assistant United States Attorney

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS FOUND AND ORDERED THAT:

1. The currently scheduled December 15, 2009, status conference hearing is vacated. A status conference is now set for 11:00 a.m. on January 19, 2010.

2. For the reasons stated in the parties' Stipulation, the ends of justice are served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

3. Pursuant to 18 U.S.C. §§ 3161(h)7(a) and(B)(iv), the time period from the date of this Order to January 19, 2010 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel.

Dated:_12/15/09                             _____
                                            HONORABLE SAUNDRA BROWN ARMSTRONG
                                            UNITED STATES DISTRICT JUDGE