1  DIANA L.  WEISS (SBN 121150)
   Attorney At Law
2  1563 Solano Avenue Suite 223
   Berkeley,  CA 94707
3  dianaweiss@sbcglobal.net
   Telephone: (510) 847-1012
4  Facsimile: (510) 525-1321

5  Attorney for Defendant
   Wei Wei Liang

6

7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                            OAKLAND VENUE

11  UNITED STATES OF AMERICA        )  Case No: CR09-00573SBA
                                    )
12                    Plaintiff,    )  STIPULATION AND  ORDER
                                    )  CONTINUING CHANGES OF PLEA
13  Vs.                             )  HEARING AND EXCLUDING TIME
                                    )
14  FANG DING et al                 )
                                    )
15                                  )
                     Defendant      )
16

17       Plaintiff, by and through its attorney of record, and defendants, by and through

18  their attorney of record, hereby stipulate and ask the Court to find as follows:

19       1. A changes of plea hearing in this matter is currently scheduled for 11:00 a.m.

20  on January 19, 2010.

21       2.   The parties request that this hearing be continued until 11:00 a.m. on March

22  2, 2010   The parties are presently negotiating a resolution of the case through plea

23  agreements.  Specifically, on December 6, 2009, AUSA Andrew Huang provided

24  counsel for all three defendants with draft plea agreements.  Defense counsel and

25  ASUA Huang then met and conferred and a revised plea agreement is being prepared

26

*USA v. Fang Ding*  CR09-00573SBA
Stip and Order Rescheduling Hearing; Excluding Time

1   which the parties feel will result in a resolution of the case.

2          3.  Counsel for the defendants require additional time to appropriately research,

3   investigate, and counsel their clients, including counseling on their potential defenses

4   and options in light of the ongoing plea agreement negotiations.  Defense counsel

5   needs additional time to perform necessary additional investigation and preparation.

6          4.  The parties agree the ends of justice served by granting the continuance

7   outweigh the best interests of the public and defendant in a speedy trial.  Therefore, the

8   parties further stipulate and request that the Court exclude time between the date of this

9   Stipulation and March 2, 2010  under the Speedy Trial Act for effective preparation of

10  counsel, continuity of defense counsel, and pursuant to 18 U.S.C. §§ 3161(h)(4) and

11  (7)(B)(iv).

12

13  IT IS SO STIPULATED

14

15  Dated: January 15, 2010        /S/
                                   DIANA L. WEISS
16                                 Attorney for Wei Wei Liang

17
    Dated: January 15, 2010        /S/
18                                 EDWARD HUNG
                                   Attorney for Bo Shen
19

20  Dated: January 15, 2010        /S/
                                   JULES BONJOUR
21                                 Attorney for Fang Ping Ding

22  Dated: January 15, 2010        /S/
                                   ANDREW HUANG
23                                 Assistant United States Attorney

24

25

26

*USA v. Fang Ding*  CR09-00573SBA
Stip and Order Rescheduling Hearing; Excluding Time   - 2 -

1 **ORDER**

2 FOR GOOD CAUSE SHOWN, IT IS FOUND AND ORDERED THAT:

3     1.  The currently scheduled January 19, 2010, changes of plea hearing is

4 vacated.  A changes of plea hearing is now set for 11:00 a.m. on March 2, 2010.

5     2.  For the reasons stated in the parties' Stipulation, the ends of justice are

6 served by granting the continuance outweigh the best interests of the public and

7 defendant in a speedy trial.

8     3.  Pursuant to 18 U.S.C. §§ 3161(h)(4) and (7)(B)(iv), the time period from the

9 date of this Order to March 2, 2010  is excluded under the Speedy Trial Act to allow for

10 the effective preparation of counsel, taking into account the exercise of due diligence,

11 and continuity of defense counsel.

12

13 Dated:_1/15/10

14                           _Saundra B Armstrong_
HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26