1  DIANA L. WEISS (SBN 121150)
   Attorney At Law
2  1563 Solano Avenue Suite 223
   Berkeley, CA 94707
3  dianaweiss@sbcglobal.net
   Telephone: (510) 847-1012
4  Facsimile: (510) 525-1321

5  Attorney for Defendant
   Wei Wei Liang
6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9                    OAKLAND VENUE

10 UNITED STATES OF AMERICA    )  Case No: CR09-00573SBA
                               )
11              Plaintiff,     )  STIPULATION AND ORDER
                               )  CONTINUING CHANGE OF PLEA
12 Vs.                         )  HEARING AND EXCLUDING TIME
                               )
13 FANG DING, et al.           )
                               )
14              Defendant      )
                               )
15

16     Plaintiff, by and through its attorney of record, and defendants, by and through

17 their attorney of record, hereby stipulate and ask the Court to find as follows:

18     1. A Change of Plea hearing is currently scheduled for 11:00 a.m. on Tuesday

19 March 2, 2010.

20     2.  The parties request that this hearing be continued until 11:00 a.m. on

21 Tuesday March 30, 2010. The parties remain on course for resolution by plea

22 agreement.

23     3. Defense counsel requires additional time to investigate and counsel their

24 clients including counseling on their potential defenses and options in light of the

25 ongoing plea agreement negotiations. Specifically, defense counsel are researching

26

*USA v. Fang Ding* CR09-00573SBA
Stip and Order Rescheduling Hearing; Excluding Time

1  and investigating the issue of victim restitution and related collateral issues, including
2  potential civil claims.

3      4. AUSA Huang has just recently concluded a jury trial and is in the process of
4  preparing authorized plea agreement offers, including obtaining the necessary
5  authorization from the Civil Rights Division in Washington D.C.  All three defense
6  counsel will then need time to discuss the final agreements with their respective clients,
7  which will necessarily involve the assistance of interpreters and translators.

8      5.  The parties agree the ends of justice served by granting the continuance
9  outweigh the best interests of the public and defendant in a speedy trial.  Therefore, the
10 parties further stipulate and request that the Court exclude time between the date of this
11 Stipulation and March 30, 2010 under the Speedy Trial Act for effective preparation of
12 counsel, continuity of defense counsel, and pursuant to 18 U.S.C. §§ 3161(h)(4) and
13 (7)(B)(iv).

14
15 IT IS SO STIPULATED
16
17 Dated: February 25, 2010     /S/
18                              DIANA L. WEISS
                                 Attorney for Wei Wei Liang
19
20 Dated: February 25, 2010     /S/
                                 EDWARD HUNG
                                 Attorney for Bo Shen
21
22 Dated: February 25, 2010     /S/
                                 JULES BONJOUR
23                               Attorney for Fang Ping Ding
24 Dated: February 25, 2010     /S/
                                 ANDREW HUANG
25                               Assistant United States Attorney
26

1 **ORDER**

2 FOR GOOD CAUSE SHOWN, IT IS FOUND AND ORDERED THAT:

3    1. The currently scheduled March 2, 2010, Change of Plea hearing is vacated.
4 A Change of Plea Hearing is now set for 11:00 a.m. on March 30, 2010.

5    2. For the reasons stated in the parties' Stipulation, the ends of justice are
6 served by granting the continuance outweigh the best interests of the public and
7 defendant in a speedy trial.

8    3. Pursuant to 18 U.S.C. §§ 3161(h)(4) and (7)(B)(iv), the time period from the
9 date of this Order to March 30, 2010 is excluded under the Speedy Trial Act to allow for
10 the effective preparation of counsel, taking into account the exercise of due diligence,
11 and continuity of defense counsel.

13 Dated: 3/1/10

14 _____
HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE