1   Jules F. Bonjour, State Bar No. 38980
    BONJOUR, THORMAN, BARAY & BILLINGSLEY
2   24301 Southland Drive, Suite 312
    Hayward, CA 94545
3   (510) 785-8400
    jules@btbandb.com
4

5   Attorneys for defendant
    Fang Ding
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,                    No.  CR 09-00573 SBA

                  Plaintiff,
11

12  vs.                                          ORDER

13  FANG DING,

                  Defendant.
14  _____/

15         Based on the stipulation of all parties, and for GOOD CAUSE shown, IT IS HEREBY

16  ORDERED that the change of plea hearing presently set for July 13, 2010 at 11:00 a.m. be

17  CONTINUED to October 26, 2010 at 10:00 a.m. and that the deadline for the parties to file their

18  responses to the proposed presentence investigation reports is set for October 5, 2010. It is

19  FURTHER ORDERED that time under the Speedy Trial Act from *July 12, 2010* to October 26,

20  2010 is hereby EXCLUDED. The Court finds that: (a) failure to grant the continuance would

21  unreasonably deny the defendants reasonable time necessary for effective preparation of defense

22  counsel, taking into account the exercise of due diligence, and (b) the ends of justice served by

23  the continuance outweigh the best interests of the public and the defendant in a speedy trial. See

24  18 U.S.C. § 3161(H)(1)(7)(A) and (B)(iv). The exclusion of time is also appropriate, in part, due

25  to the Court's consideration of the proposed plea agreements. See 18 U.S.C. § 3161(h)(1)(G).

26

27  Dated: 6/23/10                      _____
                                        HONORABLE SAUNDRA B. ARMSTRONG
28                                      United States Magistrate Judge