UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FANG PING DING,<br>WEI WEI LIANG,<br>BO SHEN,<br><br>Defendants. | Case No:  CR 09-00573 SBA<br><br>**AMENDED ORDER OF REFERENCE FOR CHANGE OF PLEA** |

Pursuant to General Order 42, this Court finds that exceptional circumstances warrant the referral of the above-captioned matter to Magistrate Judge Beeler for a report and recommendation on the acceptance of Defendants' guilty pleas.  The hearing before Magistrate Judge Beeler on Defendants' guilty pleas shall take place on October 22, 2010 at 10:00 a.m. Upon conducting that hearing, Magistrate Judge Beeler shall schedule the matter for judgment and sentencing in Department 1 of this Court, Judge Saundra Brown Armstrong presiding, for November 18, 2010 at 11:00 a.m.

IT IS SO ORDERED.

Dated: 9/23/10

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge