Jules F. Bonjour, State Bar No. 38980
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Drive, Suite 312
Hayward, CA 94545
(510) 785-8400
jules@btbandb.com

Attorneys for defendant
Fang Ding

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    Plaintiff,<br><br>vs.<br><br>FANG PING DING, ET AL.,<br>                    Defendants.<br>_____/ | No.  CR 09-00573 SBA<br><br>STIPULATION AND ORDER CONTINUING CHANGE OF PLEA |

The parties hereby stipulate that the Change of Plea currently set before Magistrate Judge Beeler on Friday, October 22, 2010 be continued to Monday, November 1, 2010 at 10:00 a.m.

The continuance is due to a conflict on behalf of defense counsel, Jules F. Bonjour, on the current calendared date of October 22, 2010.

Stipulation is agreed to by Diana Weiss, Edward Hung, Andrew Huang, AUSA, and Jules F. Bonjour.

IT IS SO STIPULATED.

                                                                    /s/
                                                        Jules F. Bonjour


                                                                    /s/
                                                        Andrew Huang
                                                Assistant United States Attorney

                                                          /s/
                                        Edward Hung

                                                          /s/
                                        Diana Weiss

     IT IS HEREBY ORDERED that the change of plea in this matter be continued from Friday, October 22, 2010 to Monday, November 1, 2010 at 10:00 a.m. before Magistrate Judge Laurel Beeler.

Dated: 10/13/2010

                                        HONORABLE DONNA M. RYU
                                        United States Magistrate Judge