1 | Jules F. Bonjour, State Bar No. 38980
2 | Bonjour, Thorman, Baray & Billingsley
    24301 Southland Drive, Suite 312
    Hayward, CA 94545
3 | (510) 785-8400
    jules@btbandb.com
4
5 | Attorneys for Defendant Fang Ding

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THE UNITED STATES OF AMERICA, | Docket No. CR 09-00573 SBA |
|---|---|
| Plaintiff. | REQUEST TO FILE SENTENCING MEMORANDUM UNDER SEAL; [PROPOSED] ORDER |
| vs. | |
| FANG DING, | |
| Defendant. | |

The defendant, Fang Ding, wants to file her sentencing memorandum under seal because one of the exhibits is a photo of the victim in the case. To protect the privacy of the victim but also to allow the evidentiary benefit of the photo to be made available to the court, we are making this request.

Dated: November 12, 2010

Respectfully submitted,

*/s/ Jules F. Bonjour*
Jules F. Bonjour

1     GOOD CAUSE appearing, it is hereby ordered that defendant, Fang Ding's sentencing
2 memorandum be filed under seal.
3 It is so Ordered.

5 Dated: 11/15/10

*Saundra B. Armstrong*
JUDGE SAUNDRA J. ARMSTRONG