UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FANG PING DING,<br><br>    Defendant. | Case No:  CR 09-0573-1 SBA<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION** |

On September 23, 2010, the Court referred this matter to Magistrate Judge Beeler for a report and recommendation on the acceptance of Defendant's guilty plea.  On November 5, 2010, Magistrate Judge Beeler issued a Report and Recommendation in which she recommended that this Court accept Defendant's guilty plea.  At the November 16, 2010 sentencing hearing in this matter, the parties indicated that they have no objections to the Report and Recommendation.  Accordingly,

IT IS HEREBY ORDERED THAT Magistrate Judge Beeler's  Report and Recommendation (Docket 69) is ACCEPTED and shall become the Order of this Court.

IT IS SO ORDERED.

Dated: November 16, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge