UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 09-00573 SBA |
| Plaintiff, | ) |
| v. | ) [PROPOSED] PRELIMINARY ORDER OF FORFEITURE |
| FANG PING DING, WEI WEI LIANG (aka Xian Hui Liang and Wei Wei Shen), and BO SHEN, | ) |
| Defendants. | ) |

Having considered the Application for Issuance of a Preliminary Order of Forfeiture filed by the United States and the defendants' pleas of guilty on November 1, 2010, wherein the defendants admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

    a.    a forfeiture money judgment in the amount of $346,000;

    b.    1.    1724 Vancouver Green, Fremont, California;

              2.    6032 Fred Russo Drive, Stockton, California;

              3.    39029 Guardino Drive #122, Fremont, California

IT IS FURTHER ORDERED that the United States, through the appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person,

1  other than the defendants, having or claiming a legal interest in the subject property must file a
2  petition with the Court and serve a copy on government counsel within thirty (30) days of the
3  final publication of notice or of receipt of actual notice, whichever is earlier.
4      IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Rules of
5  Procedure, this Preliminary Order of Forfeiture became final as to the defendants at the time of
6  their sentencings, on or about December 19, 2010.

8  Dated:   1/18/11

   _____
   SAUNDRA BROWN ARMSTRONG
9  United States District Judge