MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

ANDREW S. HUANG (CSBN 193730)
STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6816
   Facsimile:   (415) 436-6748
   email:stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>            Plaintiff,             )<br>)<br>       v.                              )<br>)<br>FANG PING DING, WEI WEI LIANG (aka )<br>Xian Hui Liang and Wei Wei Shen), and BO )<br>SHEN,                                )<br>)<br>            Defendants.          )<br>_____ ) | No.  CR 09-00573 SBA<br><br>**LIENHOLDER SETTLEMENT AGREEMENT RE VANCOUVER GREEN PROPERTY** |

   In full settlement and satisfaction of the petition filed on behalf of Citimortgage, Inc. (hereinafter "Lienholder") to the defendant real property and improvements located at 1724 Vancouver Green, Fremont, California (hereinafter "the Vancouver Green property"), and further described as:

>   **Parcel 1:  Lot 62, Tract 3952, filed September 14, 1978, Map Book 106, Pages 1 through 5, inclusive and Amended Map filed March 30, 1979, Map Book 108, Pages 97, 98 and 99, Alameda County Records.**
>
>   **Parcel 2:  Easements for ingress, egress, utilities, maintenance, and repair of the common area and restricted exterior areas and enjoyment of the common areas as shown on the Map herein referred to.**
>
>   **Parcel 3:  Exclusive easement over that common areas known as Lot 150, as shown on the Map herein referred to.**
>
>   **Tax I.D.: 501-1813-033-00**

Plaintiff, United States of America, and Lienholder, through undersigned counsel, hereby stipulate and agree as follows:

1. On May 27, 2010, defendants, Fang Ping Ding, Wei Wei Liang (aka Xian Hui Liang and Wei Wei Shen), and Bo Shen, (hereinafter "defendants") were charged by superseding information with violation of Title 18, States Code, Section 1592 (Unlawful Conduct Regarding Documents in Furtherance of Forced Labor) and Title 8, States Code, Section 1324(a)(1)(A)(iii) and (B)(I) (Harboring an Alien for Private Financial Gain).  The superseding information also sought criminal forfeiture, pursuant to Title 18, United States Code, Section 982 and 1594(d) of any property, real and personal, that was used to facilitate, and was intended to be used to facilitate the commission of the offense of which the person is convicted.

2. On November 1, 2010, defendant Fang Ping Ding pled guilty to violation of Title 18, United States Code, Section 1592 (Unlawful Conduct Regarding Documents in Furtherance of Forced Labor); and defendants Wei Wei Liang and Bo Shen pled guilty to violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii) and (B)(I) (Harboring an Alien for Private Financial Gain).  The defendants jointly agreed to forfeit $346,000, which represents the equity value of the real property located at 685 Bogalusa Court, Fremont, California (hereinafter "Bogalusa property"), which was used to facilitate violations of Title 8, United States Code, Section 1324 and Title 18, United States Code, Section 1592, and thus subject to forfeiture under Title 18, United States Code, Sections 982(a)(6) and 1594(d) and (e).

3. In lieu of the forfeiture of the Bogalusa property, and in order to satisfy/partially satisfy the $346,000 money judgment, the defendants stipulated to the forfeiture of three parcels of real property to the United States as substitute assets.  One of these parcels of real property is the Vancouver Green property, which is the property subject of this settlement agreement..

4. On January 28, 2011, this Court entered a Preliminary Order of Forfeiture, forfeiting, inter alia, the Vancouver Green property to the United States.

5. Lienholder holds a valid lien against the Vancouver Green property evidenced by a promissory note (hereinafter "Note) dated March 5, 2004 (attached hereto as Exhibit 1), in the original amount of $152,000, and secured by a Deed of Trust which was recorded in the Official Records of the County of Alameda, California on March 26, 2004, as at Instrument/File No. 2004-127841.

 6. Lienholder is without knowledge or notice of whether, and had no reason to suspect that, the Vancouver Green property was subject to forfeiture. Any violations of the federal laws subjecting the Vancouver Green property to forfeiture occurred without the knowledge and consent of Bank.

 7. Plaintiff recognizes Lienholder's claimed interest in the Vancouver Green property and agrees that upon entry of a final Order of Forfeiture and sale of said property, Plaintiff will pay Lienholder from the proceeds of sale, after payment of outstanding taxes, if any, and expenses of custody and sale incurred by the government property custodian, the following:

   a. unpaid principal due and owing under the Note; as of the filing of BANK's petition, said amount was $68,168.13,;

   b. $63.00 in fees and costs;

   c. unpaid interest in the amount of $255.63 due and owing under the Note through March 1, 2001;

   d. unpaid interest due and owing under the Note at the rate of 4.5% from March 1, 2011, until the time of payment.

   e. Plaintiff shall reimburse Lienholder for taxes, insurance and any other third party fees paid by Lienholder pending sale of the property.

 8. Payment to Lienholder, as set forth in paragraph 7 above, shall be in full settlement and satisfaction of any and all claims by Lienholder to the Vancouver Green property and all claims resulting from the incidents or circumstances giving rise to this forfeiture action.

 9. Upon payment as set forth above, Lienholder agrees to assign and convey its security interest to the United States via recordable documents and to release and hold harmless the United States, and any agents, servants, and employees of the United States (and any involved state or local law enforcement agencies and their agents, servants, or employees), in their individual or official capacities, from any and all claims by Lienholder and its agents that currently exist or that may arise as a result of the Government's actions against and relating to the Vancouver Green property.

 10. As a part of this settlement, Lienholder agrees not to pursue any other rights it may have under the Note, including but not limited to any right to foreclose upon and sell the Vancouver Green property and any right to assess additional interest or penalties.

 11. Lienholder agrees to notify plaintiff promptly if it learns of any condition that might make an interlocutory sale appropriate. Without limitation, Lienholder shall notify plaintiff at the end of the first payment cycle in which a payment is not made by the debtor under the terms specified in the Note.

LIENHOLDER SETTLEMENT
AND PROPOSED ORDER
CR 09-00573 SBA                                                                                 3

1  Lienholder further agrees to join in any motion by plaintiff for interlocutory sale of the property and any

2  motions to remove occupants who fail to abide by the terms of an occupancy agreement.

3       12. Lienholder understands and agrees that by entering into this Agreement, it waives any rights

4  to litigate further against the United States its interest in the Vancouver Green property and to petition for

5  remission or mitigation of the forfeiture.  If this Agreement is approved by the Court, then unless

6  specifically directed by an order of the Court, Lienholder shall be excused and relieved from further

7  participation in this action.

8       13. Lienholder agrees to execute further documents, to the extent necessary, to convey clear title

9  to the property to the United States and to implement further the terms of this settlement.

10      14. The terms of this settlement agreement are contingent upon forfeiture of the Vancouver

11 Green property to the United States and the Court's entry of a final Order of Forfeiture.

12      SO STIPULATED:

14 DATED: 04/06/11  _____
15                  ANDREW S. HUANG
                 STEPHANIE M. HINDS
16                  Assistant United States Attorneys
                 Attorneys for United States of America

18 DATED: 04/04/11  _____
                 STUART B. WOLFE, ESQ.
19                  JOSHUA M. BRYAN, ESQ.
                 Attorneys for Petitioner
20                  CITIMORTGAGE, INC.

22 DATED: 04/04/11  _____ _____
                 CITIMORTGAGE, INC.

24      IT IS SO ORDERED.

25      IT IS FURTHER HEREBY ORDERED THAT the April 19, 2011 hearing in this matter is

26 VACATED.

28 DATED:   4/8/11  *Saundra B Armstrong*
                 SAUNDRA B. ARMSTRONG
                 UNITED STATES DISTRICT JUDGE