UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-00573 SBA |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | FINAL ORDER OF FORFEITURE |
| ) | |
| FANG PING DING, WEI WEI LIANG (aka ) | |
| Xian Hui Liang and Wei Wei Shen), and BO ) | |
| SHEN, ) | |
| ) | |
| Defendants. ) | |
| ————————————————) | |

On January 18, 2011, the Court entered a Preliminary Order of Forfeiture forfeiting all right, title, and interest in the following property:

    a.    a forfeiture money judgment in the amount of $346,000;

    b.    1.    1724 Vancouver Green, Fremont, California;

             2.    6032 Fred Russo Drive, Stockton, California;

             3.    39029 Guardino Drive #122, Fremont, California

pursuant to Title 18, United States Code, Sections 982 and 1594(d).

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order.

THEREFORE, it is ordered that the above-described property shall be forfeited to the United States, pursuant to Title 18, United States Code, Sections 982 and 1594(d).

///

1     IT IS FURTHER ORDERED that upon entry of this Order, the United States shall make payment to CitiMortage pursuant to the terms of the Lienholder Settlement Agreement entered by this Court on April 8, 2011.

    All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: 5/24/11

*Saundra B Armstrong*
SAUNDRA B. ARMSTRONG
United States District Judge